DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT ATANASOV,**
Appellant,

v.

**INGO POTH,**
Appellee.

No. 4D19-1203

[January 16, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE 16-020762.

Robert Atanasov, Fort Lauderdale, pro se.

Randall L. Leshin of Randall Leshin, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and GERBER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***